IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEANDRA KING, on behalf of
herself and those similarly situated,

    Plaintiff,

v.

NEW GENERATION HEALTH
SVCS, INC., a Georgia Corporation,

    Defendant.

CIVIL ACTION FILE

NO. 1:17-cv-4785-MHC

## ORDER

Plaintiff Keandra King and Opt-in Plaintiff Jacqueline Johnson ("Plaintiffs") brought this action pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), claiming that Defendant failed to pay them federally mandated overtime and minimum wages. Compl. [Doc. 1]. On February 27, 2018, the parties filed a Joint Motion for Approval of Settlement Agreement [Doc. 15] ("Joint Motion for Settlement"). In their Joint Motion for Settlement, the parties represent that they have agreed to resolve their dispute and have finalized the terms of their resolution in written agreements, signed copies of which are attached to the motion. Id. at 2-3; see Settlement Agreements [Doc. 15-1].

The Court has reviewed the parties' Settlement Agreements with respect to Plaintiffs King and Johnson to determine their adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).  Based on its review of the parties' Settlement Agreements and the record in this case, the Court concludes:  (1) the terms of the Settlement Agreements are fair, reasonable, and adequate resolutions of this action; and (2) the Settlement Agreements were reached in an adversarial context where both parties had legal representation.

It is hereby **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement [Doc. 15] is **GRANTED**.  Upon consideration of the parties' Settlement Agreements, the Court **ORDERS** that the payment of the settlement amounts and attorney's fees shall be made as provided in the Settlement Agreements.  Except as stated in the Settlement Agreements, each party shall bear its own costs of litigation, including attorney's fees.

Accordingly, the Court **APPROVES** the parties' Settlement Agreements, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreements.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED** this 28th day of February, 2018.

*[signature]*
MARK H. COHEN
United States District Judge